No. 83–5778. ORDWAY *v.* REGION 13 MENTAL HEALTH-MENTAL RETARDATION COMMISSION, DBA GULF COAST MENTAL HEALTH CENTER, ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until February 6, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co., ante,* p. 928, we would deny the petition for certiorari in this case

without reaching the merits of the motion to proceed *in forma pauperis*.